the city of Buffalo. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

**FIDELITY DEVELOPMENT CO.**, Respondent, v. NEW YORK & P. C. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Appeal from Special Term. Action by the Fidelity Development Company against the New York & Port Chester Railroad Company. From an order denying defendant's motion for a stay, it appeals. Reversed, and proceedings stayed. Allen Wardwell, for appellant. Anson M. Beard, for respondent.

**PER CURIAM.** The order appealed from should be reversed, with $10 costs and disbursements, and the proceedings in the action stayed until 30 days after the entry of judgment on the referee's report in the action of Robinson v. This Defendant and Another, 108 N. Y. Supp. 91, with leave to defendant to then make such further motion as it shall be advised, and with leave to plaintiff to move to vacate the stay if the trial of the above-mentioned action or the entry of judgment therein be unreasonably delayed, without costs to either party in this court.

**FIESEL**, Respondent, v. NEW YORK EDISON CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Cathrin Xavier Fiesel, as administratrix, etc., of Francis Xavier Fiesel, deceased, against the New York Edison Company. No opinion. Motion denied.

**FIRST NAT. BANK OF SING SING** v. LARKIN et al. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by the First National Bank of Sing Sing against Francis Larkin and others. No opinion. Order affirmed, with $10 costs and disbursements.

**FISH**, Respondent, v. HAHN, Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1908.) Action by John J. Fish against Henrietta Hahn. No opinion. Motion denied, with $10 costs. Order filed.

**FLOYD–JONES**, Respondent, v. UNITED ELECTRIC LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by Edward P. Floyd-Jones against United Electric Light & Power Company. T. H. Beardsley, for appellant. J. T. McGovern, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re FOSTER. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) In the matter of the application of Nathaniel L. Foster for admission to the bar. No opinion. Application granted.

**FREIERMUTH**, Appellant, v. MARSHALL, Respondent. (Supreme Court, Appellate Division, Second Department. March 6, 1908.) Action by Lena Freiermuth, an infant, by Charles Freiermuth, her guardian ad litem, against Hyatt L. Marshall. No opinion. Motion denied.

**FRIEDLAND.** Respondent, v. SAUL et al., Appellants. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by Koppel Friedland against Harris Saul and others. J. M. Proskauer, for appellants. A. R. Silberberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**FRIEDMAN et al.**, Appellants, v. ENDER et al., Respondents (two cases). (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Actions by John Friedman and another against John Ender and others. No opinions. Orders affirmed, with $10 costs and disbursements.

**FUHRER**, Respondent, v. YORKVILLE HUNGARIAN SOCIAL & BENEVOLENT ASS'N OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by William Fuhrer against the Yorkville Hungarian Social & Benevolent Association of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

**FUHRMANN et al. v. HECKSCHER.** (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by Ernst Fuhrmann and another against August Heckscher. No opinion. Motion denied, on terms stated in order. Order filed.

**GALVIN**, Appellant, v. COXE BROS. & CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Thomas M. Galvin, by guardian, etc., against Coxe Bros. & Co. No opinion. This case having been twice passed, the said appeal was in each case dismissed, under rule 39 of the general rules of practice.

**GARDINER**, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Third Department. March 11, 1908.) Action by L. A. Gardiner against Albert Brown. No opinion. Judgment unanimously affirmed, with costs.

**GARDNER**, Respondent, v. LACKAWANNA STEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1908.) Action by George P. Gardner against the Lackawanna Steel Company. No opinion. Judgment affirmed, with costs.

**GARLANZ v. SEE.** (Supreme Court, Appellate Division, First Department. February 28, 1908.) Action by Fannie Garlanz against Alonzo B. See. No opinion. Motion granted, with $10 costs. Order filed.

In re GAVAN. (Supreme Court, Appellate Division, Second Department. March 6, 1908.)

In the matter of the application of Joseph W. Gavan for admission to the bar. No opinion. Application granted.

GARVEY, Respondent, v. PHŒNIX PRE-FERRED ACCIDENT INS. CO. OF DE-TROIT, MICH., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1908.) Action by John H. Garvey against the Phœnix Preferred Accident Insurance Company of Detroit, Mich. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. See 108 N. Y. Supp. 186.

In re GENEY. (Supreme Court, Appellate Division, First Department. March 27, 1908.) In the matter of Hippolyte A. Geney. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

GERMANIA LIFE INS. CO. v. DONNE-GAN. (Supreme Court, Appellate Division, First Department. February 28, 1908.) Action by the Germania Life Insurance Company against Marie A. Donnegan. No opinion. Motion granted, with $10 costs. Order filed.

GERST, Appellant, v. BUFFALO COM-MERCIAL INS. CO., Respondent. SAME v. BUFFALO GERMAN FIRE INS. CO. (Supreme Court, Appellate Division, Fourth Department. March 27, 1908.) Actions by Charles Gerst against the Buffalo Commercial Insurance Company and the Buffalo German Fire Insurance Company. No opinions. Motions granted. Settle orders on notice.

GILL, Appellant, v. DICKSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 11, 1908.) Action by John D. Gill against Robert Dickson and another. No opinion. Motion denied, with $10 costs. Held that, other issues of fact having been raised by the answer, which are still undetermined, we are of the opinion that we should not now direct final judgment dismissing the complaint.

GOALASKI, Appellant, v. WELLER, Respondent. (Supreme Court, Appellate Division, Second Department. March 6, 1908.) Action by Sophie Goalaski against James A. Weller. PER CURIAM. Judgment of the County Court of Westchester county affirmed, with costs.
RICH, J., dissents.

GODDEN et al., Respondents, v. LESSING-ER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Action by Raynor G. Godden and another against Louise Lessinger. No opinion. Judgment affirmed, with costs.

GOLDBERG, Appellant, v. MARMOR et al., Respondents. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by Jesse J. Goldberg against Jacob D. Marmor and another. H. Siegrist, Jr., for appel-lant. S. J. Rawak, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOODMAN, Appellant, v. HESS, Respondent. (Supreme Court, Appellate Division, First Department. March 27, 1908.) Action by Tobias Goodman against Moses Hess. No opinion. Motion denied, with $10 costs. Order signed.

GREENBERG, Appellant, v. SHEVLOW-ITZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Louis Greenberg against Barnet Shevlowitz and another. No opinion. Judgment and order affirmed, with costs.

GUGGENHEIMER, Respondent, v. ROYAL BANK OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by Eliza Guggenheimer, as executrix, against the Royal Bank of New York and others. S. Packard, for appellants. C. Guggenheimer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GUSHEE, Respondent, v. T. B. HARMS CO., Appellant. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by Agnes M. Gushee, as administratrix, against the T. B. Harms Company. M. D. Josephson, for appellant. D. Armstrong, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HALL. (Supreme Court, Appellate Division, Fourth Department. March 11, 1908.) In the matter of the petition of Elmer Hall to drain certain lands. No opinion. Order affirmed, with $10 costs and disbursements.

HAMBURG, Appellant, v. PEOPLE'S SURETY CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 23, 1908.) Action by David Hamburg against the People's Surety Company. No opinion. Motion denied, on condition that the appellant pay $10 costs and perfect his appeal within 20 days; otherwise, motion granted, with $10 costs.

HAMMOND, Appellant, v. HAMMOND et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Sanford R. Hammond against Mary A. Hammond and others. No opinion. Judgment affirmed, with costs.

HARKOW, Appellant v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Joseph H. Harkow against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HARRIS, Respondent, v. NEW YORK CON-TRACTING CO.—NEW HAVEN IMPROVE-MENTS, Appellant. (Supreme Court, Appellate Division, Second Department. March 11,